478 A.2d 136

Galano, et ux., Appellants, v. Argiro, et al.

Submitted March 23, 1984. Gordon C. Post, Jr., for appellants; Thomas M. Piccione, for Argiro and Yarema, appellees; Charles W. Garbett, for Dietterle, appellees.

Before SPAETH, President Judge, and POPOVICH and LIPEZ, JJ.

Judgment vacated; case is remanded for a new trial. Jurisdiction is relinquished.